**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**WILSON JEAN FRANCOIS,**

        **Plaintiff,**

v.                                                                    Case No: 6:22-cv-2369-PGB-DAB

**AMERICAN SECURITY
INSURANCE COMPANY,**

        **Defendant.**
_____/

<u>**ORDER**</u>

The Court has been advised that the above-styled action has been settled. (Doc. 15). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on January 31, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties